

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 459TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On October 1, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

U.S. Sand & Gravel LLC, Raitz Enterprises, Inc., and Raitz Investment Group

LLC v. Texas Department of Transportation

Court of Appeals No. 15-25-00091-CV
Trial Court No. D-1-GN-24-004334

The Court of Appeals entered the following judgment or order:

Today the Court heard the parties' joint motion to reverse the judgment signed by the court below on February 12, 2025. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court to render judgment effectuating the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 1, 2025.

CHRISTOPHER A. PRINE, CLERK